**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 13-238-LPS ) ) **JURY TRIAL DEMANDED** |
| DELL INC., | ) ) ) |
| Defendant. | ) |

### DEFENDANT DELL INC.'S MOTION TO DISMISS PLAINTIFF PRINCETON DIGITAL IMAGE CORPORATION'S COMPLAINT FOR PATENT INFRINGEMENT

Defendant Dell Inc. respectfully moves this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiff Princeton Digital Image Corporation's Complaint for Patent Infringement. Defendant relies on its Opening Brief in Support of its Motion to Dismiss, filed contemporaneously herewith.

Dated: July 12, 2013

Of Counsel:

Thomas M. Dunham
J. Michael Woods
WINSTON AND STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006–3817
Fax:   202.282.5100
Tel:   202.282.5000
tdunham@winston.com
mwoods@winston.com

Monica M. Moussighi
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
Tel:   713.651.2600
mmoussighi@winston.com

*/s/ Francis DiGiovanni*
Francis DiGiovanni
NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP
1007 North Orange Street, 9th Floor
Wilmington, DE 19801
Fax:   302.658.5614
Tel:   302.888.6316
frank.digiovanni@novakdruce.com

*Attorneys for Defendant Dell Inc.*