# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 1:13-cv-00238 |
| vs. | ) ) | **Jury Trial Demanded** |
| DELL INC., a Delaware corporation, | ) ) | |
| Defendant. | ) | |

## <u>DECLARATION OF J. MICHAEL WOODS IN SUPPORT OF DEFENDANT DELL INC.'S OPENING BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF PRINCETON DIGITAL IMAGE CORPORATION'S COMPLAINT FOR PATENT INFRINGEMENT</u>

I, J. Michael Woods, declare as follows:

1.      I am an associate at the law firm of Winston & Strawn LLP, counsel of record for Dell Inc. ("Dell") in the above-captioned action. I am a member in good standing of the bar of Virginia and the District of Columbia and have been permitted to practice before this Court *pro hac vice*. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      Attached hereto and marked as **Exhibit A** is a true and correct copy of a web page from www.dell.com entitled "Winning Worldwide and on the Web," located at http://www.dell.com/learn/us/en/uscorp1/winning-on-the-worldwide-web?c=us&l=en&s=corp&cs=uscorp1, last visited on July 11, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed in Washington, DC, on July 12, 2013.

_____
J. Michael Woods