IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRINCETON DIGITAL IMAGE CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:13-cv-238 (LPS) |
| | ) | |
| v. | ) | |
| | ) | |
| DELL INC., | ) | Judge Leonard P. Stark |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Robert R. Axenfeld of O'Kelly Ernst & Bielli, 901 N. Market Street, Suite 1000, Wilmington, Delaware, 19801 on behalf of Plaintiff Princeton Digital Image Corporation in the above-captioned matter.

Dated: November 12, 2014

O'KELLY ERNST & BIELLI, LLC

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly (No. 4349)
Daniel P. Murray (No. 5785)
901 North Market Street, Suite 1000
Wilmington, DE 19801
(302) 778-4000
(302) 295-2873 (facsimile)
sokelly@oeblegal.com
dmurray@oeblegal.com

*Attorneys for Plaintiff*
*Princeton Digital Image Corporation*

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court on November 6, 2014 (receipt no. 0311-1621302).

Dated: November 12, 2014                    */s/ Robert R. Axenfeld*
                                            Robert R. Axenfeld
                                            O'KELLY ERNST & BIELLI, LLC
                                            1500 Walnut Street, Suite 900
                                            Philadelphia, PA 19102
                                            (302) 778-4000
                                            (215) 525-9648 (facsimile)
                                            raxenfeld@oeblegal.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Robert R. Axenfeld is granted.

Dated: _____   _____
United States District Court Judge