IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRINCETON DIGITAL IMAGE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 13-238 (LPS) |
| v. | ) ) | JURY TRIAL DEMANDED |
| DELL INC., | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER**

WHEREAS, the Court issued a Scheduling Order on October 10, 2014 that governed the schedule of the above-captioned matter (the "Scheduling Order", D.I. 32);

WHEREAS the Scheduling Order included deadlines permitting the parties to conduct early discovery pertaining to laches (*See* Scheduling Order, ¶8a);

WHEREAS the Scheduling Order also permitted the parties to file early summary judgment motions with respect to laches (*See* Scheduling Order, ¶17a); and

WHEREAS, the parties require additional time to conduct early discovery pertaining to laches and to submit early summary judgment motions with respect to laches.

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadlines set forth in the Scheduling Order be amended as follows:

| Action | Current Deadline | Proposed Deadline |
|---|---|---|
| Document Production Complete[*] | N/A | January 9, 2015 |

---

[*] The parties currently have discovery disputes that will be raised with the Court on December 18, 2014. Both parties preserve their respective positions, and agree that this Stipulation and Order does not alter or waive each party's respective position on those disputes — unless and until decided by the Court.

| Early Discovery Ends[†] | November 17, 2014 | February 6, 2015 |
|---|---|---|
| Opening Brief regarding Early Summary Judgment related to laches | December 2, 2014 | February 20, 2015 |
| Answering Brief regarding Early Summary Judgment related to laches | December 16, 2014 | March 6, 2015 |
| Reply Brief regarding Early Summary Judgment related to laches | December 30, 2014 | March 20, 2015 |
| Oral Argument regarding Early Summary Judgment related to laches | February 10, 2014 at 9:00 a.m. | TBD |

O'KELLY ERNST & BIELLI, LLC

*/s/ Sean T. O'Kelly*
Sean T. O'Kelly (#4349)
Daniel P. Murray (#5785)
901 North Market St., Ste. 1000
Wilmington, DE  19801
(302) 778-4000
sokelly@oeblegal.com
dmurray@oeblegal.com

*Attorneys for Plaintiff Princeton Digital Image Corporation*

DRINKER BIDDLE & REATH LLP

*/s/ Francis DiGiovanni*
Francis DiGiovanni (#3189)
222 Delaware Ave., Ste. 1410
Wilmington, DE 19801
(302) 467-4200
Francis.DiGiovanni@dbr.com

*Attorneys for Defendant Dell Inc.*

SO ORDERED this _____ day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[†] The parties repeat and incorporate by reference the previous footnote with respect to the End of Early Discovery.